RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
(Fax) 388-6261

Attorneys for Jaime Vigil-Castro

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JAIME VIGIL-CASTRO,<br>　aka Juan Perez-Acosta,<br><br>　　　　　Defendant. | 2:13-cr-195-APG-GWF<br>2:13-cr-403-KJD-GWF<br><br>**STIPULATION TO JOIN CASES FOR SENTENCING** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Robert Bork Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for JAIME VIGIL-CASTRO, who hereby stipulate to this Honorable Court for an order joining the above cases for purposes of plea and sentencing.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　On May 29, 2013, Defendant was indicted for a violation of 8 U.S.C. § 1326 in case styled 2:13-cr-195-APG-GWF. (CR 1.) Mr. Vigil-Castro entered into a plea agreement with the Government and entered a plea of guilty to the single-count Indictment on July 31, 2013. Sentencing in this matter is currently set for February 5, 2014.

　　　　2.　　On December 4, 2013, the Defendant Jaime Vigil-Castro made his initial appearance before the Court on a Petition for Warrant for Offender Under Supervision in the case styled 2:13-cr-403-KJD-GWF. (CR 6.) Jurisdiction of the Petition for Warrant for Offender Under Supervised Release was originally in Texas. Jurisdiction was transferred from Texas on November 14, 2013.

(CR4.) The revocation hearing in this matter is currently scheduled for December 17, 2013 before Judge Dawson.

3. Counsel requests the court vacate the currently scheduled revocation hearing in case 2:13-cr-403-KJD-GWF, consolidate these cases and be reassigned before the Honorable Judge Andrew P. Gordon for purposes of sentencing.

4. Defendant will admit the facts to the underlying petition for revocation.

5. Counsel agree to join these two cases for the purposes of sentencing.

6. In light of the foregoing, it would be in the interest of judicial economy to join these cases before one single Judge for sentencing. The defendant respectfully requests that this court enter an Order joining the above cases for the purposes of sentencing.

7. Any additional delay in time by granting this Stipulation is excusable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

DATED this 10th day of December, 2013.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Heidi A. Ojeda*<br>By_____<br>HEIDI A. OJEDA<br>Assistant Federal Public Defender<br>Counsel for Defendant | */s/ Robert Bork*<br>By_____<br>ROBERT BORK<br>Assistant United States Attorney<br>Counsel for Plaintiff |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAIME VIGIL-CASTRO,<br>aka Juan Perez-Acosta,<br><br>    Defendant, | 2:13-cr-195-APG-GWF<br>2:13-cr-403-KJD-GWF<br><br>**ORDER** |

Based upon the foregoing stipulation and good cause appearing therefore,

IT IS HEREBY ORDERED that the above cases are joined for the purposes of sentencing, and shall hereafter be assigned the case number of  2:13-cr-195-APG-GWF.

DATED  December 11, 2013.

_____
UNITED STATES DISTRICT JUDGE

3